## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SAGI MUKATIN,**

CASE NO: **1:06–CV–01761–DGC**

v.

**HESSELTINE, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 1/15/09**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 5, 2009**

by: /s/ J. Hellings
Deputy Clerk